UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA ROGAN & MICHAEL ROGAN<br>**Plaintiffs**<br><br>v.<br><br>ARS NATIONAL SERVICES, INC. d/b/a<br>ASSOCIATED RECOVERY SYSTEMS<br>**Defendant** | CIVIL ACTION<br><br><br><br><br><br>NOVEMBER 29, 2010 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by two consumers who have been harassed by the defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.*

### II. PARTIES

2. Plaintiff Donna Rogan is a natural person residing in Berlin, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. Plaintiff Michael Rogan is a natural person residing in Berlin, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

4. The defendant, ARS National Services, Inc. d/b/a Associated Recovery Systems ("ARS"), is a California Corporation and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

## III. JURISDICTION

5. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

6. This Court has jurisdiction over ARS because it engages in debt collection within Connecticut.

7. Venue in this Court is proper, because the Plaintiffs are residents and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATIONS

8. Plaintiffs owed a consumer debt (the "Debt") that was assigned to ARS for collection purposes.

9. ARS began contacting Plaintiffs in an attempt to collect the Debt.

10. In the course of attempting to collect the Debt from Plaintiffs, on or around September 19, 2010, ARS called and left a message for Plaintiffs that failed to state that it was a communication from a debt collector.

## V. FDCPA CLAIM

**Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.***

11. ARS violated the FDCPA in one or more of the following respects:

    a.    ARS violated 15 U.S.C. § 1692e(11) by leaving a message for Plaintiffs that failed to state that it was a communication from a debt collector.

      b.     ARS violated 15 U.S.C. § 1692d by engaging in conduct as described above, the natural consequence of which was to harass, oppress, or abuse the plaintiffs.

      c.     ARS violated 15 U.S.C. § 1692f by using unfair or unconscionable means to attempt to collect the debt as described above.

12. For ARS's violations of the Fair Debt Collection Practices Act as described above, the Plaintiffs are entitled to recover actual damages, statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

WHEREFORE, the Plaintiffs seek recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k.

                                              PLAINTIFFS, DONNA ROGAN & MICHAEL ROGAN

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax (860) 571-7457